E-FILED
Tuesday, 26 October, 2004   12:00:56 PM
Clerk, U.S. District Court, ILCD

10/21/04

To. Clerk of Court

Regarding Case No. 04-CV-3061

I would like to know status of my 2255 petition
Filed in U.S. Court I know it Aint No time Limit
on Responding to Motion. But if it's granted or denied

Will I Recieve letter or brief explaining why
IT the (petition) was Filed close to 7 months Ago
And I want to know is the district court waiting on
the Supreme Court to make a decision before Responding
Since "blakely" was one of the Issues Raise in 2255
motion

please respond

Thank you

James Nichols  12793-026
USMC FP
P.O. Box 4000
Spring Field, mo   65801