**E-FILED**
Friday, 29 October, 2004  04:57:01 PM
Clerk, U.S. District Court, ILCD

**FILED**

OCT 2 8 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

James Nichols #12793-026
Medical Center For Federal
Prisoner's
P.O. Box 4000
Springfield, Mo. 65801-4000

(October 26th 2004)

Honorable Judge Jeanne Scott
151 U.S. Courthouse
600 E. Monroe
Springfield, Illinois 62701

Case # 3:04-CV-3061

The court has directed Petitioner to answer the request of the
court. Petitioner needs counsel to direct him accordly. And without
Legal Counsel the petitioner feels predjudice to him.

Petitioner states, he is without proper Legal training and lacking
legalism to effectively represent him self in the aforementioned
petition.

Respectfully Submitted,

*James Nichols*

JAMES NICHOLS # 12793-026
U.S. M.C.F.P.
P.O. Box 4000
Springfield, Mo. 65801-4000