E-FILED
Friday, 19 November, 2004  03:06:12 PM
Clerk, U.S. District Court, ILCD

James A. Nichols                     )     Case No. 3:04-cv-3061
    Petitioner,
                       )

v.                                   )     Affidavit of James A. Nichols
                       )     Expanding the Record Pursuant
                                   to Rule 7(a) of the Rules
UNITED STATES OF AMERICA             )     Governing Section 2255
    Respondent.

                       )

## AFFIDAVIT OF JAMES A. NICHOLS

**COMES NOW** Petitioner James A. Nichols, a pro se litigant in the above entitled matter do hereby swear under the penalty of perjury pursuant to U.S.C. 18 § 1621 and 28 §1746 that the foregoing is true and correct:

1. Between the months of June 2003 and February 2004 I James A. Nichols discovered that my appointed counsel Mr. John R. Alvarez represented Mr. Alfred Reeves.

2. I James A. Nichols was placed in the same housing unit at the Springfield Medical Center For Federal Prisoners, Springfield, Missouri with Mr. Reeves where he stated that Mr. John R. Alvarez represented him as counsel in his federal case.

3. I James A. Nichols filed a complaint with Bar Association informing them of Mr. Alvarez's ineffective assistance for accepting my retainers fee and further representing me knowing that his client Mr. Alfred Reeves made statements against me during his federal proceedings.

4. Mr. Alvarez responded to the Bar Association's complaint and affirmed representing Mr. Reeves, but denied that Mr. Reeves made any statements on me.

4. The statement given by Mr. Alfred Reeves to me was a voluntary statement and was not forced or coerced, nor were there any threats made to

Mr. Reeves life or person.

   5. If any of the above would have occurred then prison staff would have
      remanded me to disciplinary detention which never occurred.


*James Nichols*

*James Nichols*
James A. ~~Reeves~~ #12793-026
MCFP Springfield
P.O. Box 4000
Springfield, Missouri 65801

subscribed to before me on this 15th
day of November, 2004.
*C.D. Bruner*

C. D. BRUNER
Notary Public - Notary Seal
STATE OF MISSOURI
Christian County
My Commission Expires May 19, 2007

-2-