IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES A. NICHOLS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No.  04-CV-3061 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2004, I electronically filed the *Government's Response in Accordance with the District Court's Order of November 30, 2004* with respect to the above matter.  In error, the Government's Response was not sent by regular mail to the Defendant.

I hereby certify that on February 1, 2005, I mailed the foregoing *Response* by United States Postal Service to the following non-CM/ECF participants:

> James Nichols
> Inmate No. 12793-026
> Federal Medical Center -  Springfield
> Post Office Box 4000
> Springfield, MO  65801

> s/ Patricia A. McInerney
> Patricia A. McInerney, 0782440 (Illinois)
> Assistant United States Attorney
> 318 South Sixth Street
> Springfield, IL 62701
> (217) 492-4450
> Fax: (217) 492-4512
> patricia.mcinerney@usdoj.gov