RECEIVED
JAN 1 8 2005
JEANNE E. SCOTT
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

AC

1/11/05

To: Clerk of Court
From: James Nichols 12793-026
Case No. 04-CV-3061

I'm writing regarding the status of my 2255 petition filed in U.S. district Court. The goverment was order to respond by dec 31, 2004 which I haven't heard anything as of date. Can you please let me know the status of petition as soon as possible or if any ruling was made in the above matter

Thank you

James Nichols 12793-026
MCFP
P.O. Box 4000
Springfield, mo 65801