E-FILED
Tuesday, 01 February, 2005 02:45:03 PM
Clerk, U.S. District Court, ILCD

RECEIVED 1/14/05

JAN 1 8 2005

JEANNE E. SCOTT
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

To: Honorable Judge Jeanne Scott
From: James Nichols 12793-026
Case No 04-CV-3061

I'm writing cause I want to know since you know there was a conflict of interest in the above matter is their any way you can order Mr. John R Alvarez to return my funds that I retained him with or direct me to who I should talk too or how I go about it cause Mr. Alvarez knew he represent Mr. Reeves before he represented me If I had knew that from the begining I would have never hired him to represent me in my legal matter I'm asking for a full refund of $2,000 that way I can afford to hire a lawyer if needed if the court doesn't appoint me one soon

Thank you
Very much

James Nichols 12793-026
MCFP
P.O. Box 4000
Springfield, MO
65801