To, Clerk of Court                                              1/26/05

I want to know How much will it cost for me to get Copyies of my plea transcripts and my Sentencing transcripts and any other transcripts your office has pertaining to my case.

Please send ASAP

Case No. 04-3061

James Nichols 12793-026
McFP
P.O. Box 4000
Springfield, mo 65801

P.S.

I wrote your office asking about the status on my 2255 petition this is the Second Notice the government was order to respond by Dec 30, 2004 which I haven't Recieve anything

Thank you



RECEIVED
JAN 3 1 2005

JEANINE E. SCOTT
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL