

FEB 0 7 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

James Nichols
Reg. No.12793-026
P.O. Box 4000 (Camp)
Springfield, Mo. 65801-4000

Clerk of the Court
Central District of Illinois
600 E. Monroe
151 U.S. Courthouse
Springfield, Ill. 62702

Feb 1, 2005
~~January 14, 2005~~

Re: USA v. James Nichols, Case No. 3:04-cv-3061

Dear Clerk:

    On or about January 11, 2005, I sent a handwritten letter to the court clerk informing the court that the governemnt had failed to comply with the court's order of November 30, 2004, directing the government to file it's answer by December 30, 2004. In that letter, I requested that the court clerk forward to me a copy of the government's answer if one has been filed.

    In addition to that request, would you please provide me with a copy of the court's written order of November 30, 2004, because all I received from the court in that regard was a notice of electronic filing. Thanking you in advance for your anticipated attention assistance and cooperation in this matter and I look forward to your response.

cc:JN

Sincerely,

(s) *James Nichols*
James Nichols