04-3061 E-FILED
Tuesday, 15 February, 2005  10:49:50 AM
Clerk, U.S. District Court, ILCD

2/9/05

To Honorable Judge Jeanne Scott

I James Nichols ask the court for some extended time to Respond to the Government's Response due to I been move to a camp where there's no copy machine and Im not able to get instant Access to case law or other legal documents I may need to further this proceeding thats if I need to respond to the Government's Response Im asking for atleast 30 days from the date I recieve the Response in the mail I only could send you this letter cause I Can't make any copies

Thank you

James Nichols
12793-026
MCFP (CAMP)
P.O. Box 4000
Springfield, MO 65801

Case No. 01-30116
"2255" petition

I also need instructions about seeking permission to file a second motion attacking blakely since the Supreme Court made its decision.