E-FILED
Thursday, 24 February, 2005 04:04:34 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 24 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. 3:04-cv-63061    2/18/05

James Nichols
V
USA

Reply to Goverment's Response

~~petitioner states~~ admissions was in violation of ~~his~~ miranda rights.

petitioner also states lawyer was ineffective when Refuse to challenge critical evidence against client petitioner again states counsel was ineffective when he advise client to pled guilty and he would get no ~~more than~~ less than 4 years and no more than 9 years and client Recieve 12yr sentence Counsel was also ineffective when he had knowledge he Represented MR. Reeves and a conflict may arise Not forgeting Counsel sent MR. Reeves a letter leting MR. Reeves know that petitioner wasn't going to trial "so foreget about it"

petitioner ask that this court Vacate this case and grant Petition and Appoint petitioner counsel and Remand back to district court

Sincerly
James Nichols 12793-026
mcFP
P.O. Box 4000
Springfield, mo
65801

Case No. 3:04-cv-03061                                             2/18/05

James Nichols
    v.
USA                    amendment in light of U.S. Supreme Court Ruling

Petitioner states he is being held unlawfully in light of recent Supreme Court Rulings booker v USA and Fan Fan v USA

petitioner states on March 22, 2002 he pled guilty to 1 count of distribution of 5 or more grams of Cocaine base (CRACK) Approximatly 43.6 grams of crack Cocaine on oct, 4, 2002 the court held petitioner Responsible for and additinol 453.6 grams of "crack" that wasn't charge in the orignal Indciment or proven by Jury as Recent Ruling Require bringing a total of 497 grams of Cocaine base (crack)

petitioner was then Sentence in guideline Range 135-168 months Category III

if Petitioner would have been Sentence to the amount of drugs pled to in the Indciment 43.6 grams the appropriate guideline Range would have been 87-108 months Category III Resulting in a much lighter Sentence

petitioner ask that the Court correct's this unlawfull Sentence and he be Resentence under the appropriate guidelines Range 87-108 months in light of the U.S Supreme Court Ruling. Petitioner states he's being held in violation of his Sixth amendment right to Jury trial