FILED
FEB 2 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

2/22/05

To clerk of court

I had to hand print this Rule 52.B motion
I'm currently in the Segration unit under investigation by the SIS office
they say I will be held in here for up to 180 days or until they are done with their investigation
So can you please file this motion
I also wasn't able to get a copy so if you could copy this motion and send it back to me so I will have copy's for my Records Since I'm Lock down I have to do my legal work the best way I can
plus I haven't gotten my property
I been in here Since 2-14-05

Thank you
James Nichols
12793-026
MCFP
P.O. Box 4000
Springfield, MO
65801

I also ask about geting all my transcripts from pre-trial hearing to the Sentencing hearing please let me know price