AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JAMES A. NICHOLS**

vs.                                                                      Case Number:   **04-3061**

**UNITED STATES OF AMERICA**

[ ]  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to an Order entered by the Honorable Jeanne E. Scott, the Motion to Vacate, Set Aside, or Correct Sentence (d/e 1) is DENIED.  All pending motions are denied as moot.  This case is closed.------------------------------------------------------------------------------------------------

ENTER this 28th day of February, 2005

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Cathcart

_____
BY:  DEPUTY CLERK