E-FILED
Wednesday, 09 March, 2005 02:32:56 PM
Clerk, U.S. District Court, ILCD

RECEIVED
MAR - 7 2005
JEANNE E. SCOTT
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

3/1/05

To: Clerk of Court

I don't know the proper way of going about handling this but I have included the blakely, booker, Fann Fann in pending motion I was going over the Goverments response in their Dec, 30 filings on page 3 where they say I admited drug purchases in 2001 thats very incorrect listen to this

① 9 oz of crack From Homer Harris paying 850-900 and oz for a total of 2,500
if I had paid 850 and oz that's $7,650 it doesn't make sense

② 2 oz of crack From "Booley" for $1,800
Now thats 900 each I suppose

③ 1½ oz from J for $1,050

④ 3 quarter oz from Boz for $1650
why would I pay 1650 for 3 quarters if I could get 2 oz

This is no where Correct I would have never got Sentence for Something like this if my lawyer would have provided these Suppose to be made Statements I never knew nothing about this to Now none of these amounts make Sense than for the total grams of crack Im held accountable for who to say that it all had proper weight they are assuming it did

and thats unlawful thats why I should be Sentence for Just the 43.4 grams in the indictment Cause thats A Fact what I had. than the drugs don't even add up to 16 oz

~~I pray the Court correct this Sentence~~ Cause Common Sense tell you this is not right from the prices to the weight I think the Agents need to be question

James Nichols      Thank you
12793-026
MCFP
  P.O. Box 4000
  Springfield, mo 65801